United States District Court
Southern District of Texas
**ENTERED**
March 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARCUS E ADAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:22-CV-00218 |
| § | |
| THE CITY OF TAFT, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation to Dismiss Case (D.E. 35), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 29, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE